

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00377-CV

**MARY ANN PALMER MCDANIEL,**

**Appellant**

 **v.**

**CURTIS GOOSBY,**

**Appellee**

From the 361st District Court
Brazos County, Texas
Trial Court No. 08-001507-CV-361

## MEMORANDUM  OPINION

By letter dated September 1, 2009, the Clerk of this Court notified Appellant Mary Ann Palmer McDaniel that the clerk's record in the above cause had apparently not been filed because Appellant had failed to pay or make arrangements to pay the clerk's fee for preparation of the record. Appellant was further notified that if she desired to proceed with this appeal, she must pay or make arrangements to pay the clerk's fee and notify this Court of the actions taken within 21 days after the date of this letter. Appellant was warned that if she failed to do so, this appeal may be dismissed

for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

More than 21 days have passed, and we have not been notified that Appellant has paid or made arrangements to pay the clerk's fee. Accordingly, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3(b).


REX D. DAVIS
Justice


Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Dismissed
Opinion delivered and filed October 14, 2009
[CV06]